Augustine et ux., Appellant, *v.* E. M. Brown, Inc.

Argued December 17, 1964. Before ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., and WOODSIDE, J., absent).

*F. Cortez Bell, Jr.,* with him *Bell, Silberblatt & Swoope,* for appellants.

*William U. Smith,* for appellees.

OPINION PER CURIAM, January 15, 1965:
The order of the Court of Common Pleas of Clearfield County is affirmed on the opinion of President Judge JOHN A. CHERRY for the court below, reported at 34 Pa. D. & C. 2d 567.